DEFENDANT 3:    **BALDEMAR EDUARDO ORTIZ DE LA FUENTE**

YOB:    **1989**

COMPLAINT
FILED?    _____ Yes    \_\_\_\_X\_\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER: _____

OFFENSE(S):    **21 U.S.C. § 846**
Narcotics Conspiracy (21 U.S.C. § 841(a)(1),(b)(1)(B)(ii)(II)) –
Possession with Intent to Distribute 500 grams or More of a Mixture or
Substance Containing a Detectable Amount of Cocaine

**21 U.S.C. § 841(a)(1), (b)(1)(C)**
Possession with Intent to Distribute a Controlled Substance (Cocaine)

**18 U.S.C. 924(c)(1)(A)(i)**
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

LOCATION OF
OFFENSE:    Jefferson County, Colorado

PENALTY:    **21 U.S.C. § 846**
NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine, or
both; NLT 4 years supervised release; and a $100 Special Assessment fee

**21 U.S.C. § 841(a)(1), (b)(1)(C)**
NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years
supervised release; and a $100 Special Assessment fee

**18 U.S.C. 924(c)(1)(A)(i)**
NLT 5 years and NMT life imprisonment, NMT $250,000 fine, or both;
NMT 5 years supervised release; and a $100 Special Assessment fee

AGENT:    Ryan P. Donahue
Special Agent, Drug Enforcement Administration

AUTHORIZED
BY:    Conor A. Flanigan
Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less \_\_\_\_ over five days

THE GOVERNMENT:

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.