| | |
|---|---|
| DEFENDANT 4: | **ALFONSO ALEXIS MACIAS-ITURRALDE** |
| YOB: | **1984** |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | **21 U.S.C. § 846** |
| | Narcotics Conspiracy (21 U.S.C. § 841(a)(1),(b)(1)(B)(ii)(II)) – Possession with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine |
| | **21 U.S.C. § 841(a)(1), (b)(1)(C)** |
| | Possession with Intent to Distribute a Controlled Substance (Cocaine) |
| | **18 U.S.C. 924(c)(1)(A)(i)** |
| | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | **21 U.S.C. § 846** |
| | NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine, or both; NLT 4 years supervised release; and a $100 Special Assessment fee |
| | **21 U.S.C. § 841(a)(1), (b)(1)(C)** |
| | NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years supervised release; and a $100 Special Assessment fee |
| | **18 U.S.C. 924(c)(1)(A)(i)** |
| | NLT 5 years and NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; a $100 Special Assessment fee |
| AGENT: | Ryan P. Donahue |
| | Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Conor A. Flanigan |
| | Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less    ____ over five days

THE GOVERNMENT:

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.